## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBULATORY SURGICAL SERVICES, INC. AND MARK S. ETTER, M.D.<br><br>Plaintiff,<br><br>v.<br><br>ABINGTON MEMORIAL HOSPITAL AND ABINGTON MEMORIAL HOSPITAL FOUNDATION,<br><br>Defendants. | CIVIL ACTION NO 08-01225-RB<br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

The parties to the above-captioned action, Plaintiffs Ambulatory Surgical Services, Inc. and Mark S. Etter, M.D., and Defendants Abington Memorial Hospital and Abington Memorial Hospital Foundation (collectively, "the Parties"), by and through their undersigned counsel, hereby report that this action has been resolved and settled pursuant to the terms of a Settlement Agreement and Mutual General Release executed by the Parties on November 18, 2008.

Therefore, the Parties hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action hereby be **DISMISSED WITH PREJUDICE**, without costs and attorneys' fees.

1

SO EXECUTED, this **3rd** of ~~November~~ *December*, 2008.


**DLA PIPER US LLP**

BY: _____

CARL W. HITTINGER, ESQ.
One Liberty Place, Suite 4900
1600 Market Street
Philadelphia, PA  19103
(215) 656-2449
carl.hittinger@dlapiper.com

Attorney for Plaintiffs,
Ambulatory Surgical Services, Inc. and
Mark S. Etter, M.D.


**POST & SCHELL, P.C.**

BY: _____

ROBIN LOCKE NAGELE, ESQ.
Four Penn Center, 14th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103
(215) 587-1114
rnagele@postschell.com

Attorney for Defendants,
Abington Memorial Hospital and
Abington Memorial Hospital Foundation


*Approved:*

*12/3/08*

_____
                                        J.